# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMERICAN ALTERNATIVE INSURANCE CORPORATION,** | No. 1:11-CV-01865-AWI-SKO |
| Plaintiff, | **ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |
| vs. | |
| **AMERICAN PROTECTION INSURANCE COMPANY; and DOES 1-20, inclusive,** | |
| Defendants. | |

# ORDER

Based on the joint stipulation of the parties, and good cause appearing therefor, the Court continues the Mandatory Scheduling Conference currently set for March 6, 2012. The new date for the Mandatory Scheduling Conference is April 10, 2012, at 10:00 a.m. in Courtroom 7. It is further ordered that the Joint Scheduling Report shall be filed by April 3, 2012.

IT IS SO ORDERED.

Dated: **February 1, 2012**        /s/ Sheila K. Oberto
                                   UNITED STATES MAGISTRATE JUDGE