UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN PROTECTION INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>    Defendants. | No. 1:11-CV-01865-AWI-SKO<br><br>**ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

**ORDER**

Based on the joint stipulation of the parties, and good cause appearing therefor, the Court continues the Mandatory Scheduling Conference currently set for March 6, 2012. The new date for the Mandatory Scheduling Conference is April 10, 2012, at 10:00 a.m. in Courtroom 7. It is further ordered that the Joint Scheduling Report shall be filed by April 3, 2012.

IT IS SO ORDERED.

   Dated:   **February 1, 2012**                    **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE